1
2
3
4
5
6
7

JS-6

8
9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10
11
12

IN RE: FORD MOTOR CO. DPS6
POWERSHIFT TRANSMISSION
PRODUCTS LIABILITY
LITIGATION

Lead Case No.: 2:18-ml-02814-AB (FFMx)

[Assigned to Hon. André Birotte Jr.
Courtroom 7B
Magistrate Frederick F. Mumm
Courtroom 580]

13
14
15
16

THIS DOCUMENT RELATES ONLY
TO:

*BENJAMIN ASCENSIO, et al. vs. FORD
MOTOR COMPANY
2:18-cv-00983-AB-FFMx*

Transfer Order from USJPML: 02/06/18

17
18

**ORDER OF DISMISSAL**

19
20

On the date indicated below came on to be considered the Joint Stipulation of Dismissal by and between Plaintiffs and Defendant.

21
22
23
24
25
26
27
28

It is, THEREFORE, ORDERED by the Court that pursuant to the stipulation filed by Plaintiffs Benjamin Ascensio, Caleb Barnes, Linda Bourland, Terrie Bumpus, Felton Burton, Teresa Byrd, Alvin Cearley, Alice Clark, Florinda Esparza, Ruby Granados, Taylor Harrell, Deborah Head, Joel Hinojosa, Sharon Johnson, Josh Lazette, Jamie Lopez-Martinez, Michelle Pope, Daniel Reyes, Megan Rice, Teresa Rodriguez, Ivy Rosenberg, Juanita Sanches, Julian Santana, Bill Smith, Christine Tamez, Dawn Utsey, Staci Wyatt, and Robert Zebrowski and Defendant Ford Motor Company, Plaintiffs' claims

ORDER OF DISMISSAL
- 1

1   against Defendant Ford Motor Company are hereby dismissed with prejudice pursuant to Fed. R. Civ. P.

2   41(a)(1), with each party to bear their own fees and costs.

3          SIGNED: January 04, 2021.

4

5

6                                                          _____

7                                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF DISMISSAL

- 2